UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re The Petition of RAFFLES SHIPPING INTERNATIONAL PTE LTD To Perpetuate The Testimony of Certain Employees And Documentary Evidence

CIVIL ACTION

NO: 10-0693-MLCF-SS

## ORDER

The Court, after considering the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date no party has filed objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

IT IS ORDERED that:

1. The petition of Raffles Shipping International Pte LTD. ("Raffles") petition for perpetuation of certain testimony (Rec. doc. 1) is GRANTED in PART and DENIED in PART.

2. **Within twenty-four (24) hours of the entry of this order**, the owner of the vessel, Nissen Kaiun Co., Ltd/Southern Route Maritime SA ("Nissen"), shall produce: (a) the technical manual for the windlass used in the attempt to heave the anchor; (b) the maintenance records for the windlass; and (c) the vessel logs for the period since the vessel entered the mouth of the Mississippi River on or about February which period includes one anchorage prior to the one at issue.

3. By **Friday, March 5, 2010**, Nissen shall produce the master and chief engineer of the vessel

for their depositions.

4. Raffles shall provide an interpreter for the depositions.

New Orleans, Louisiana, this __4th__ day of March, 2010.

>                                              _____
>                                                     United States District Judge